ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SLOAN HEFFRON (CABN 285347)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    Fax: (415) 436-7234
    Sloan.heffron@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> DARRYL DEANDRE RUSHING, <br>     Defendant. | CASE NO. 3:24-CR-00016-RFL <br><br> SUPPLEMENT TO UNITED STATES' MOTION FOR DETENTION (ECF No. 8) <br><br> DATE:   January 16, 2024 <br> TIME:   10:30 a.m. <br> COURT:  Hon. Lisa J. Cisneros |

    Defendant Darryl Rushing is charged by Indictment with a violation of 18 U.S.C. § 922(g)(1). ECF No. 12 (Indictment).  A detention hearing was originally scheduled for January 9, 2024.  On January 5, 2024, the United States filed a Motion for Detention, arguing that Rushing should be detained because he poses a danger to the community that cannot be mitigated through any condition or combination of conditions.  ECF No. 8.  On January 8, 2024, U.S. Pretrial Services filed a Pre-Bail Report recommending that Rushing be detained as a danger to the community.  ECF No. 11.  On January 9, 2024, the detention hearing was continued to January 16, 2024.

    During the January 9 appearance, the Court advised the parties that it had reviewed the government's Motion and the Pre-Bail Report.  The Court also noted that it had a few questions for the parties, including how Rushing has been spending his time since his last criminal conviction.  The government submits this supplement to provide the Court with a chronology of certain events involving

Rushing that occurred in the period between his March 2020 felony conviction for Battery with Serious Bodily Injury and his November 2023 arrest which led to the current federal case.

**2020 (Unspecified Dates)**

During the Pre-Bail interview with Pretrial Services, Rushing stated that in 2020, he attended the Walden House treatment facility pursuant to a court order.  ECF No. 9 at 5.  Rushing said that he attended the program for two months before leaving early.  *Id*.  He reported that he then completed a 90-day community youth program in San Francisco.  *Id*.

**December 2020**[1]

On December 16, 2020, as part of an investigation into a gang-related shooting that occurred in San Francisco earlier that year, SFPD Gang Task Force Officers and ATF agents executed a search warrant at the Oakland residence of Eddy Rock gang member Richard Tuiasosopo.  When officers arrived to execute the warrant, they observed several Eddy Rock members who attempted to flee, including Tuiasosopo, Joseph Cullen, Steven Mitchell,[2] and Darryl Rushing, who was found hiding underneath a parked vehicle.  During their search of Tuiasosopo's residence and related vehicles, officers located a cache of firearms, magazines, and ammunition, including a pistol with a 100-round drum in the kitchen, a fully-automatic firearm with a 50-round drum on the back porch, and a fully-automatic firearm in the basement.  According to a subsequent laboratory report, a Glock firearm recovered during the search contained a DNA profile matching that of Darryl Rushing.

**May 2022**

When interviewed by Pretrial Services, Rushing reported that on May 6, 2022, he was shot in the right leg and the femoral artery.  ECF No. 9 at 5.  According to the Pre-Bail Report, Rushing's explanation of this incident was simply that he was "in the wrong place at the wrong time."  *Id*.

//
//

---

[1] The information contained in this memorandum, as well as in the government's Motion for Detention, is contained in police reports, the Pre-Bail Report, and other documents that have been produced to the defense in discovery.

[2] Steven Mitchell is a former Eddy Rock gang member who was murdered in Vallejo in September 2021.

**September 2022**

Eddy Rock has longstanding rivalries with several other criminal street gangs in San Francisco, including the Page Street gang.  In June 2022, Page Street gang member Carlos Discua was murdered on the 400 block of Rose Street in San Francisco, which is territory claimed by the Page Street gang.  Following the murder, a memorial for Discua was erected on the 400 block of Rose Street.

In September 2022, Eddy Rock gang member Toriano Carpenter was murdered in an area of San Francisco claimed by Eddy Rock.

In late September 2022, SFPD received reports that the Rose Street memorial for Discua had been vandalized.  One of the incidents occurred during the early morning hours of September 29, 2022.  Surveillance video of this incident depicted the vandal dressed in a blue camouflage hooded sweatshirt, grey pants, and blue shoes with white soles.  In the video, the vandal appeared to be carrying a firearm known as a "Draco," which is a smaller version of the AK-style assault rifle.  Based on their knowledge of the ongoing violent feud between the Page Street and Eddy Rock gangs, investigators suspected that the vandal was an Eddy Rock gang member who had gone to rival gang territory, armed with an assault rifle, with the goal of defacing the memorial of a slain rival gang member in an act of retaliation.

Accordingly, an SFPD officer obtained surveillance video from the Plaza East Housing Development—territory claimed by the Eddy Rock gang—for the early morning hours of September 29.  Through review and comparison of this video footage, investigators were able to identify Darryl Rushing as the vandal dressed in a blue camouflage hooded sweatshirt.  A corresponding SFPD investigative report contains screen shots taken from the different surveillance cameras.  *See* Gov. Exhibit One (San Francisco Police Department Case No. 220666002 – Chronological Report of Investigation).

**December 2022**

According to the Pre-Bail Report, on December 6, 2022, Rushing was involved in a robbery, during which he was shot in the head, leaving him blind in his right eye.  ECF No. 9 at 4.  Notably, Pretrial Services reported that "it is unclear whether the defendant was the victim of a robbery." *Id*.

//
//

**CONCLUSION**

Darryl Deandre Rushing is a gang member with a significant criminal history that includes acts of violence, numerous burglaries, resisting police, and possessing firearms. The details set forth above—including that he has been a repeat victim of gun violence—underscore the fact that he remains active in a violent criminal street gang and continues to associate with others who pose a serious threat to public safety. His long history of breaking the law while on supervision—both probation and parole—demonstrates that he cannot be trusted to obey the conditions of pretrial release that this Court might impose. Even if Rushing were to find an otherwise appropriate surety, it would not meaningfully address the danger he poses to the community.

This Court is required to apply the four factors set forth in 18 U.S.C. § 3142(g), each of which favors detention. Based on the foregoing, as well as the information contained in the government's Motion for Detention and the Pre-Bail Report, the United States respectfully request that the Court follow the recommendation of Pretrial Services and order that Rushing be detained pending trial.

DATED:  January 15, 2024                                    Respectfully submitted,

                                                            ISMAIL J. RAMSEY
                                                            United States Attorney

                                                              /s/
                                                            SLOAN HEFFRON
                                                            Assistant United States Attorney