# EXHIBIT ONE

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL OF INVESTIGATION

Page 1 of 8

| TYPE OF CASE | CASE NO. | VICTIM |
|---|---|---|
| Vandalism/Firearm Possession | 220666002 | |
| **DATE** | **DETAIL** | **INSPECTOR ASSIGNED** |
| Thursday, September 29, 2022 | CVRT | Sgt. Griffin #1835 |

| DATE | TIME | ACTIVITY |
|---|---|---|
| | | **All times are approximate, and the interviews contained within this chronological of investigation are summaries and are intended to be an investigative aid for the investigator(s) assigned to the case.  The chronological of investigation is solely provided as a guide and also used to reference other documents to assist investigators** |
| 09/29/22 | | I learned of a malicious mischief/vandalism incident, which occurred at 418 Rose St.  The following is a summary of the investigation:<br><br>**<u>Investigation</u>**<br><br>I have been a member of the SFPD CVRT/Gang Task Force since 2014 and my primary responsibility and expertise is with the Gangs in the San Francisco Northern Police district, which is often to referred to as the "Fillmore".  In the scope of my duties, I routinely patrol the gang areas of the Northern Police district and gather intelligence through a number of means including engaging with the community, monitoring social media and reviewing criminal activity in the area.<br><br>This investigation is related to two separate events on the 400 block of Rose St., which is the Hayes Valley North Housing Development.  These incidents were vandalism to a memorial in front of 418 Rose St.  This memorial was for Carlos Discua who lived at ▬▬▬▬ and was murdered on 06/29/2022, on the 400 block of Rose St.<br><br>The 400 block of Rose St. and the Hayes Valley South Housing Development are claimed by the Page Street criminal street gang.  The Page Street gang, which also is identified through the names Zone (4,6,8), Glue Gang, Blue Money Gang (BMG), which also is associated and allies with several other gangs in the Western Addition including Chopper City criminal street gang, 800 block Criminal Street Gang and The CDP Criminal Street Gang (Central Divis Posse).  The Page Steet Gang has been in a violent feud with the Mac Block criminal street gang.  The Mac Block criminal street gang is associated and allies with the Eddy Rock criminal street gang. The Eddy Rock criminal street gang claims the Plaza East Housing Development and has been in an ongoing violent feud with the Chopper City criminal street gang and additionally with its ally, the Page Street gang.<br><br>For many years these gangs have participated and been involved in a for a variety of criminal activities in San Francisco as well as the bay area and in greater length, California.  These criminal activities include burglaries, robberies, assaults, shootings and homicides.<br><br>On 09/06/2022, Toriano Carpenter was murdered on the 600 block of Larch Wy, which is claimed by the Eddy Rock gang.  Additionally, Carpenter was a member of the Eddy Rock gang.  Based on my training and experience, I know that criminal street gangs will retaliate the murder of one of their members, and often times this retaliation will come in the form of shootings, assaults, threats and violence in the other gang's turf. |

**SAN FRANCISCO POLICE DEPARTMENT**
**CHRONOLOGICAL REPORT OF INVESTIGATION**   Page 2 of 8

| DATE | TIME | ACTIVITY |
|---|---|---|
| | | **SFPD Report #220658877 – 09/25/2022 Malicious Mischief**<br><br>On 09/26/2022, SFPD Officers responded to 418 Rose St. regarding a vandalism report. Officers spoke with the reportee who reported that the memorial for Carlos Discua had been damaged on 09/25/2022. Video surveillance from the residence at 418 Rose St. captured a silver 4 door sedan driving on the 400 block of Rose Street three times between 2350-2358 hours. During that time period, the vehicle stops, two unknown suspects exit the vehicle, and damage the memorial. One of the suspects pulls the plastic material back that was set up to keep the memorial dry.<br><br>SFPD Officers later viewed Watchtower Security surveillance video from Hayes Valley South Housing Development and located a license plate number of a possible suspect vehicle which was ▮▮▮▮. A records check revealed that the license plate belongs to a 2015 Infiniti, registered to Rafael Padilla, ▮▮▮▮ ▮▮▮▮.<br><br>A request was made for enhanced video from Watchtower Security video. The following is the completed request from Watchtower Security event 109702:<br><br>We have completed our review of the requested footage regarding vandalism at Hayes South on 9/25/22. At 11:25 PM we observe a silver Infiniti enter the property in the view of camera 6. For several minutes, the Infiniti drives through the property. At 11:31 PM the Infiniti parks in camera 6. At 11:49 PM the Infiniti drives through the property. At 11:51 PM the Infiniti parks in the view of camera 9. Moments later, two males carrying firearms exit the vehicle. 04:49 - At 11:52 PM the males enter the view of camera 9 in between the 400 and 300 block units. At 11:53 AM the males run back to the vehicle. The males re-enter the Infiniti. 05:51 - At 11:53 PM the Infiniti drives through the property. We observe its license plate reading ▮▮▮▮. 06:26 - At 11:54 PM the Infiniti parks in the view of camera 10. |



I later reviewed the video and still images which appear to show the suspects vandalizing the memorial and it appears that those subjects are armed with firearms, including what looks to be an assault rifle.

### SFPD Report #220666002 – 09/29/2022 Malicious Mischief

On 09/29/2022, SFPD Officers responded to 418 Rose St. regarding a vandalism report. Officers spoke with the reportee who reported that the memorial for Carlos Discua had been damaged. The reportee stated that she received a notification of activity in front of her home and her neighbor called her and told her that somebody was breaking things in front of her home, then saw the suspect run away. The reportee showed the Officers surveillance video from her residence which showed an individual that appeared to be wearing a black hooded sweatshirt, dark pants and black shoes (with white soles), walk past the camera in front of 418 Rose St. The suspect was then out of the view of the camera and then glass broke.

A request was made for enhanced video from Watchtower Security video. The following is the completed request from Watchtower Security event 109906:

We have completed our review of the requested footage regarding vandalism at Hayes South on 9/29/22. At **12:35 AM** we observe a gold sedan enter the property in the view of camera 6. 00:25 - At **12:36 AM** the sedan parks in the view of camera 7. Moments later, a male exits the sedan carrying a firearm. For several moments, the male walks through the property. 01:49 - At **12:37 AM** the male appears to kick an unknown object in the view of camera 10. At **12:38 AM** the male re-enters the sedan. 02:57 - The sedan is last observed in camera 15 travelling north on Webster St. We have provided a video

SAN FRANCISCO POLICE DEPARTMENT
CHRONOLOGICAL REPORT OF INVESTIGATION          Page 4 of 8

| DATE | TIME | ACTIVITY |
|---|---|---|
| | | of the events we were able to observe, as well as still images, for your records. You may view these files in your Watchtower Security portal.<br><br><br><br>I later reviewed the video and still images from 09/29/2022, which appear to show the suspects vandalizing the memorial and it appears that one subject who appears to be wearing blue camouflage hooded sweatshirt, grey pants and blue shoes with white soles. This subject appears to be carrying an assault weapon, referred to as a "Drako" which is a smaller version of the AK style assault rifle. |

## SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION

Page 5 of 8

| DATE | TIME | ACTIVITY |
|---|---|---|
| | |  On 09/30/2022, I spoke with the reportee and received the resident's surveillance video and reviewed it.<br><br>**Investigation by Ofc. Brophy #2112**<br><br>Ofc. Brophy from CVRT began investigating the vandalism incident from 418 Rose St. Ofc. Brophy is aware of the gang feuds in the Fillmore area and watched the rewind of Watchtower Security surveillance video from the Plaza East Housing development, which is claimed by the Eddy Rock criminal street gang.<br><br>Ofc. Brophy observed a vehicle 4 door, gold, Acura arrive on Buchanan St. at 12:44 am, on 09/30/2022. This vehicle appeared to be the same vehicle which was used by the suspects on Rose St. Ofc. Brophy observed a suspect, wearing the same blue camouflage hooded sweatshirt, grey pants and blue shoes exit the Acura and enter a residence on the ▆▆▆ block of Buchanan St. A license plate of ▆▆▆ was captured on the Acura by Watchtower Security surveillance. This vehicle had been reported stolen on 09/28/2022, SFPD report # 220663923.<br><br>Ofc. Brophy requested enhanced video from Watchtower Security video of the suspects and Acura on 09/29/2022 and 09/30/2022. The following is the completed request from Watchtower Security event 109910:<br><br>Ofc. Brophy, We have completed our review of the requested footage regarding an off property vandalism suspect at Plaza East Apartments on 9/29/22 and 9/30/22. 00:03 - |

SFPD 298 (10/70)

# SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION

Page 6 of 8

| DATE | TIME | ACTIVITY |
|---|---|---|
| | | At 12:10 AM on 9/29/22 we observe a male wearing a blue hooded sweatshirt exit unit ▇ in view of camera 19. 00:19 - At the same time, a male in a black hooded sweatshirt exits a unit in view of camera 15. The two males travel north through the property. 01:28 - At **12:12 AM** they exit the property on foot in view of camera 2. 02:53 - At **12:44 AM** a gold Acura TL enters the property in view of camera 19. At **12:46** AM the male in blue exits the vehicle and enters unit ▇ (Buchanan St.). 05:04 - At 12:47 AM the Acura exits the property, and we observe its California license plate reading ▇ 05:46 - At **12:52 AM** the male in blue and another male exit unit ▇ (Buchanan St.) and enter unit ▇ (Buchanan St.). 06:10 - At 10:53 AM on 9/30/22 the male in blue exits unit ▇ and enters a white Hyundai Sonata. He travels between the Sonata and unit ▇ several times. 08:47 - At 10:54 AM the Sonata exits the property, and we observe its California license plate reading ▇. 09:05 - At 2:13 PM the Sonata re-enters the property and parks in view of camera 19. At 2:15 PM three males, including the male in blue, exit the vehicle and enter unit ▇. We have provided a video of the events we were able to observe, as well as still images, for your records. |

## SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION

Page 7 of 8

| DATE | TIME | ACTIVITY |
|---|---|---|
| | |  I later reviewed Watchtower Security surveillance and identified the suspect wearing the blue camouflage hooded sweatshirt as Darryl Rushing (DOB: ▓▓▓▓). Based on the Watchtower Security surveillance video which shows Rushing leaving the Plaza East property at **12:12AM** and the vandalism occurring at **12:37AM** at 418 Rose St., and the return of Rushing to the Plaza East Housing Development at **12:44AM**, I believe that Rushing is the same suspect who vandalized the memorial on 09/29/2022 and was in possession of the assault weapon (Drako).<br><br>I have had numerous contacts with Rushing and am aware that he is a Eddy Rock gang member, convicted felon (1. court #14005999, violation: 460(a) PC-Felony, 2. court # 15014929, violation: 459 PC-Felony, 3. court # 19012928, violation 243(d) PC – Felony/2002 VC- Felony) and has a served criminal protective order and is on probation out of San Francisco for 243(d) PC, with a discharge date of 03/18/2023. I am aware that Rushing lives at ▓▓▓▓ which is verified by his CA license ▓▓▓▓. Additionally, I have observed Rushing entering and exiting ▓▓▓▓ numerous times in the past 2 months.<br><br>Based on the Watchtower Security video showing Rushing entering ▓▓▓▓ at 12:46AM and 6 minutes later, at 12:52AM exit ▓▓▓▓ and enter ▓▓▓▓ I believe that Rushing likely left the firearm at ▓▓▓▓ Based on my training and experience, I am aware that criminal subjects, who have lengthy criminal histories and are on probation, conceal illegal contraband, such as firearms in other residences or locations rather than their own, in attempts to evade detection or seizure by law enforcement. |

SFPD 298 (10/70) *

## SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL REPORT OF INVESTIGATION

Page 8 of 8

| DATE | TIME | ACTIVITY |
|---|---|---|
|  |  | Based on the above information, I believe that Darryl Rushing in in possession of an assault rifle (Drako), in violation of 30365(a) PC as well as a felon being in possession of a firearm, in violation of 29800(a) PC. |
| 10/07/22 | 1236 | I authored a search warrant which was reviewed and signed by the Honorable Judge Rita Lin of San Francisco Superior Court #26. |
| 10/10/23 |  | Completed OP order for service of search warrant for Rushing. |
| 10/11/23 |  | Members of CVRT conducted surveillance of Rushing's residence at ▮▮▮▮▮ Rushing was not observed during surveillance. |
| 10/13/23 |  | Members of CVRT and CGIC conducted surveillance of Rushing's residence at ▮▮▮▮▮ and did not observe Rushing. |

SFPD 298 (10/76) *